UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. DANA M. SABRAW)

FILED 06 OCT -6 AM 10: 31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>     Plaintiff, ) <br> v. ) <br> CESAR ABARCA(11) ) <br>     Defendant. ) | Criminal Case No. 06cr1243-11-DMS <br><br> ORDER AUTHORIZING EXTRAORDINARY FEES FOR DISCOVERY PURSUANT TO [18 U.S.C. § 3006A(e)] |

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED** the application for payment of extraordinary discovery fees in the amount of **$ 433.24** to Copy Connection, located at 1010 Second Avenue, Suite 120-B and 130-B, San Diego, California 92101, be granted. This amount is in addition to the $ 1,000.00 approved by this court.

IT IS FURTHER ORDERED that Copy Connection shall submit their billing statements for discovery on this matter on a CJA form, directly to the United States District Court for payment. A conformed copy of the order shall be sent to the defense counsel, Debra R. Torres-Reyes, Copy Connection at the address provided in this order and the financial office.

Dated: October 6, 2006

_____
Hon. Dana M. Sabraw
*United States District Court*

06cr1243-11-DMS