UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. DANA M. SABRAW)

FILED

2006 OCT 13  PM 3:25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| UNITED STATES OF AMERICA ) | Criminal Case No. 06cr1243-11-DMS |
|---|---|
| Plaintiff, ) | |
| v. ) | ORDER AUTHORIZING |
| ) | INTERIM PAYMENTS |
| CESAR ABARCA(11) ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED** that authorization is made for counsel to submit periodic billings and interim CJA vouchers and receive payment under the Criminal Justice Act during the pendency of this case.

Dated: October 13, 2006

_____
Hon. Dana M. Sabraw
*United States District Court*