UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. DANA M. SABRAW)

FILED
2006 OCT 13 PM 3: 25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CESAR ABARCA(11) ) <br> ) <br>     Defendant. ) | Criminal Case No. 06cr1243-11-DMS <br><br> THIRD ORDER AUTHORIZING EXTRAORDINARY FEES FOR DISCOVERY PURSUANT TO [18 U.S.C. § 3006A(e)] |

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED** the application for payment of extraordinary discovery fees in the amount of $~~4,000.00~~ $2,000.00 to Copy Connection, located at 1010 Second Avenue, Suite 120-B and 130-B, San Diego, California 92101, be granted. This amount is in addition to the $ 1,433.24 already approved by this court.

IT IS FURTHER ORDERED that Copy Connection shall submit their billing statements for discovery on this matter on a CJA form, directly to the United States District Court for payment. A conformed copy of the order shall be sent to the defense counsel, Debra R. Torres-Reyes, Copy Connection at the address provided in this order and the financial office.

Dated: October 13, 2006

Hon. Dana M. Sabraw
*United States District Court*

3       06cr1243-11-DMS