FILED

**UNITED STATES DISTRICT COURT**

2006 OCT 13  PH 3: 25

**SOUTHERN DISTRICT OF CALIFORNIA**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(HON.  DANA M. SABRAW)

BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 06cr1243-11-DMS |
| Plaintiff, ) | |
| ) | |
| v. ) | **THIRD ORDER AUTHORIZING** |
| ) | **EXTRAORDINARY FEES FOR** |
| CESAR ABARCA(11) ) | **DISCOVERY PURSUANT TO** |
| ) | **[18 U.S.C. § 3006A(e)]** |
| Defendant. ) | |

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED** the application for

payment of extraordinary discovery fees in the amount of $~~4,000.00~~ *$2,000.00* to Copy Connection, *DMS*

located at 1010 Second Avenue, Suite 120-B and 130-B, San Diego, California 92101, be

granted.  This amount is in addition to the $ 1,433.24 already approved by this court.

IT IS FURTHER ORDERED that Copy Connection shall submit their billing statements

for discovery on this matter on a CJA form, directly to the United States District Court for

payment.  A conformed copy of the order shall be sent to the defense counsel, Debra R.  Torres-

Reyes, Copy Connection at the address provided in this order and the financial office.

Dated: October _13_ , 2006

_____
Hon.  Dana M.  Sabraw
*United States District Court*

3                                                      06cr1243-11-DMS